## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

|  |  |  |
|---|---|---|
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | Case Number 4:20CR108 |
| -vs- | § | |
| | § | |
| MATHEW HARRINGTON (01) | § | |
| MIRANDA "MANDY" | § | |
| HARRINGTON (02) | § | |
| WILLIAM ROWLAND (03) | § | |

## ORDER GRANTING AMENDED UNOPPOSED MOTION TO CONDUCT CHANGE OF PLEA HEARING VIA VIDEOCONFERENCE

The Amended Unopposed Motion to Conduct Change of Plea Hearing by Videoconference filed by the Defendants is granted. The Court, having considered the factors set forth in § 15002(b)(2) of the CARES Act, finds as follows:

1. On November 19, 2020, General Order 20-19 authorized the Sherman Division to utilize video and telephone conference for certain criminal proceedings, including felony Change of Plea Hearings.

2. The Defendants executed plea agreements with the Government in April of 2020.

3. The Defendants, and their counsel, are all located in Florida, and several parties suffer from medical conditions that could exacerbate the effects of a COVID-19 infection.

4.  The Change of Plea Hearing in the instant case has been continued three

    times due to the COVID-19 pandemic.

5.  Proceeding via videoconference will protect public safety, and safeguard

    the health of the parties, while preventing any further delay causing serious

    harm to the interests of justice.

Defendants' motion is granted, and the parties shall be permitted to appear via

videoconference for the Change of Plea Hearing.